# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  STEEH, GEORGE C. | 2. Court or Organization  U.S. DISTRICT COURT EASTERN DISTRICT MICHIGAN | 3. Date of Report  08/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final   5b. ☑ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address  231 W. LAFAYETTE #238 DETROIT, MI. 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF DIRECTORS | COMPREHENSIVE YOUTH SERVICES |
| 2. | BOARD OF DIRECTORS | MT. CLEMENS REGIONAL MEDICAL CENTER |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1990 | COUNTY OF MACOMB EMPLOYEE RETIREMENT PLAN (NO CONTROL) |
| 2. | 1996 | DEFERRED COMPENSATION PLAN 457-MACOMB COUNTY EMPLOYEES |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 08/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | STATE OF MICHIGAN EMPLOYEE RETIREMENT PLAN | $19,277.00 |
| 2. VARIOUS | COUNTY OF GENESSEE | $3,890.00 |
| 3. VARIOUS | MACOMB COUNTY FINANCE | $4,191.00 |
| 4. VARIOUS | JUDICIAL RETIREES & SURVIVORS | $196,035.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EDUCATIONAL SEMINAR | 01/15/15-01/16/15 | LOS ANGELES, CA | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 2. | EDUCATIONAL SEMINAR | 01/22/15-01/23/15 | NEW YORK CITY, NY | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 3. | EDUCATIONAL SEMINAR | 01/29/15-01/30/15 | MIAMI, FL | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 4. | EDUCATIONAL SEMINAR | 02/05/15-02/8/15 | DUCK KEY, FL | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 5. | EDUCATIONAL SEMINAR | 04/13/15-04/14/15 | LOS ANGELES, CA | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |

**Name of Person Reporting**

STEEH, GEORGE C.

**Date of Report**

08/22/2016

| 6. | EDUCATIONAL SEMINAR | 04/30/15-05/1/15 | WASHINGTON, DC | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
|----|----|----|----|----|----|
| 7. | CIRCUIT JUDICIAL CONFERENCE | 05/12/15-05/15/15 | DETROIT, MI | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 8. | EDUCATIONAL SEMINAR | 05/18/15-05/22/15 | BERKELEY, CA | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 9. | EDUCATIONAL SEMINAR | 05/28/15-05/29/15 | NEW YORK CITY, NY | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 10. | EDUCATIONAL SEMINAR | 08/24/15-08/25/15 | DENVER, CO | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 11. | EDUCATIONAL SEMINAR | 08/26/15-08/28/15 | PALO ALTO, CA | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 12. | EDUCATIONAL SEMINAR | 09/17/15-09/18/15 | DALLAS, TX | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 13. | EDUCATIONAL SEMINAR | 09/28/15-09/29/15 | SAN FRANCISCO, CA | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 14. | EDUCATIONAL SEMINAR | 10/26/15-10/29/15 | NEW YORK CITY, NY | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 15. | EDUCATIONAL SEMINAR | 11/19/15-11/20/15 | MIAMI, FL | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 08/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BENNETT PROMISSORY NOTE | | None | J | W | | | | | |
| 2. GROWTH FUND OF AMERICA CL A | E | Dividend | M | T | | | | | |
| 3. INVESTMENT COMPANY OF AMERICA CL A | D | Dividend | M | T | | | | | |
| 4. DeANGELIS PROMISSORY NOTE | | None | K | T | Open | 01/21/15 | K | | |
| 5. EUROPACIFIC GROWTH FUND CLASS A | A | Dividend | K | T | | | | | |
| 6. SHARE OF ESTATE'S LAND CONTRACT (A) | | None | K | V | | | | | |
| 7. CHESTERFIELD PUB, LLC | | None | | | Sold | 01/21/15 | L | F | |
| 8. TALMER BANK AND TRUST | A | Interest | K | T | | | | | |
| 9. MICHIGAN SCHOOLS AND GOVERNMENT CREDIT UNION | B | Interest | N | T | | | | | |
| 10. MORGAN STANLEY SMITH BARNEY (IRA) CASH | A | Interest | J | T | | | | | |
| 11. GUGGENHEIM, S&P 500 PURE GRW | A | Dividend | K | T | | | | | |
| 12. ISHARES GLOBAL 100 | A | Dividend | K | T | | | | | |
| 13. GUGGENHEIM, S&P 500 PURE VALUE | A | Dividend | K | T | | | | | |
| 14. FRANKLIN INCOME A | B | Dividend | K | T | | | | | |
| 15. THRIVENT FLEXIBLE PAYOUT DEPOSIT AGREEMENT | A | Interest | K | T | | | | | |
| 16. SHARE OF ESTATE'S FIFTH THIRD BANK (A) | A | Interest | L | V | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 08/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 6 : Judge Steeh is a beneficiary of his father's estate. A land contract is an asset of the estate. Judge Steeh is one of eight beneficiaries. Therefore, he has a 1/8th interest in this land contract.

Line 16 : Judge Steeh is a beneficiary of his father's estate. Accounts at Fifth Third Bank are assets of the estate. Judge Steeh is one of eights beneficiaries. Therefore, he has 1/8th interest in the accounts at Fifth Third Bank.

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 08/22/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE C. STEEH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544